of Special Sessions — nevertheless, in the situation now before us where the defect is made clear by the record, that remedy is not available (*Matter of Hogan* v. *New York Supreme Court,* 295 N. Y. 92, 96–97; *Matter of Morhous* v. *New York Supreme Court,* 293 N. Y. 131, 140).

Whether, in a case such as this, wherein the parties agree that the information was fatally defective and insufficient as a matter of law to support the conviction, some other remedy is open to defendant, we have no occasion at this time to consider.

The order of the Appellate Division should be affirmed.

LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ., concur.

Order affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN E. PARDEE, Respondent.

Argued October 21, 1953; decided December 3, 1953.

*Samuel Faile, District Attorney* (*John J. O'Brien* of counsel), for appellant.

*Domenick Bucci* for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.